3. DRAKE *against* E. DRAKE, AN INFANT, BY G. DUBOIS, HIS GUARDIAN, OR NEXT FRIEND.

DRAKE
v.
DRAKE.

IN ERROR, on *certiorari*, from a justice's court. The *certiorari*, in this case, stated the title of the cause to be *Shadrack Drake* ads. *Gideon Dubois*, without naming him as guardian. The justice returned that there was no such cause before him as that mentioned in the *certiorari ;* but he returned the proceedings in a cause entitled as above ; and by which it appeared that *C. Drake* sued *S. Drake*, for use and occupation of the infant's land. On the return of the summons, the defendant was called upon to disclose his defence, if he had any special matter. He declined to do so; and the return does not state that he pleaded at all; but it would seem that the justice and the parties considered the cause as at issue, upon the plea of *non assumpsit*. Upon the trial, the plaintiff proved his demand substantially; the defendant then offered to prove *payment :* this was objected to and overruled.

A verdict was found for the plaintiff for twenty-five dollars, on which the justice gave judgment.

*Per Curiam.* The justice having made return of the cause that was in fact tried before him, and error having been assigned, and issue joined thereon, no objection can now be made to the cause being entitled wrong in the *certiorari.* The evidence of payment offered by the defendant, ought to have been received. It was an action of *assumpsit*, and a *direct payment* of the demand was admissible under the general issue. Had the payment set up been by matter of set-off, it should have been pleaded, or notice thereof given at the time of joining issue. But if the defence set up was admissible under the general issue, the defendant was not bound to disclose it until the trial. The judgment must be reversed.

Judgment reversed.

Where a justice returned that there was no such cause before him as the one entitled in the *certiorari,* but went on to state the proceedings in a cause before him, according to its true title, and on this return there was an assignment of errors and joinder: it was held to be too late to object to the cause being entitled wrong in the *certiorari.* Under the issue of *non-assumpsit,* payment may be given in evidence; but if it is intended as matter of set-off it must be pleaded, or notice thereof given with the plea of the general issue.